| B104 (Rev.8/87) | **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|---|

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Bruce H. Matson, Trustee | Ronald Darnell  Johnson<br>Tawanda Rachele Johnson<br>11402 Misty Arbor Place<br>Chester, VA 23831 |
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br><br>Bruce H. Matson (Va. Bar No. 22874<br>LeCLAIR RYAN, A Professional Corporation<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23218<br>(804) 783-2003 | ATTORNEYS (If Known)<br><br>M. Maxine Cholmondeley<br>6767 Forest Hill Avenue<br>Suite 103<br>Richmond, VA 23225<br>(804) 320-4427 |

**PARTY** (Check one box only)  ☐ 1  U.S. PLAINTIFF    ☐ 2  U.S. DEFENDANT    ☒ 3  U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint objecting to discharge pursuant to 11 U.S.C. § 727.
.

### NATURE OF SUIT
(Check the one most appropriate box only.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | 454 | To Recover Money or Property | ☐ | 455 | To revoke an order of confirmation of a Chap. 11 or Chap. 13 Plan | ☐ 456 | To obtain a declaratory judgment relating to any of the foregoing causes of action |
| ☐ | 435 | To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property | ☐ | 426 | To determine the dischargeability of a debt 11 U.S.C. § 523 | ☐ 459 | To determine a claim or cause of action removed to a bankruptcy court |
| ☐ | 458 | To obtain approval for the sale of both the interest of the estate and of a co-owner in property | ☐ | 434 | To obtain an injunction or other equitable relief | ☐ 498 | Other (specify) |
| ☒ | 424 | To object to or revoke a discharge 11 U.S.C. § 727 | ☐ | 457 | To subordinate any allowed claim or interest except where such subordination is provided in a plan | | |

ORIGIN OF PROCEEDINGS (Check one box only.)    ☒1 Original Proceeding    ☐2 Removed Proceeding    ☐3 Reinstated or Reopened    ☐4 Transferred from Another Bankruptcy Court

| **DEMAND** | NEAREST THOUSAND | OTHER RELIEF SOUGHT | ☐JURY DEMAND |
|---|---|---|---|

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>Ronald Darnell Johnson and Tawanda Rachele Johnson | BANKRUPTCY CASE NO.<br>05-38816 |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Eastern District | DIVISIONAL OFFICE<br>Richmond | NAME OF JUDGE<br>Douglas O. Tice, Jr. |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)    ☐ FEE ATTACHED    ☐FEE NOT REQUIRED    ☒ FEE IS DEFERRED

| DATE<br>January 6, 2006 | PRINT NAME<br>Bruce H. Matson | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ Bruce H. Matson |
|---|---|---|

B-104
(Rev. 8/87)

# ADVERSARY PROCEEDING COVER SHEET (Reverse Side)

This cover sheet must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney) and submitted to the Clerk of the court upon the filing of a complaint initiating an adversary proceeding.

The cover sheet and the information contained on it *do not* replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. This form is required for the use of the clerk of the court to initiate the docket sheet and to prepare necessary indices and statistical records. A separate cover sheet must be submitted to the clerk of the court for each complaint filed. The form is largely self explanatory.

**Parties**. The names of the parties to the adversary proceeding *exactly* as they appear on the complaint. Give the names and addresses of the attorneys if known. Following the heading "Party," check the appropriate box indicating whether the United States is a party named in the complaint.

**Cause of Action.** Give a brief description of the cause of action including all federal statutes involved. For example, "Complaint seeking damages for failure to disclose information, Consumer Credit Protection Act, 15 U.S.C. § 1601 et seq.," or "Complaint by trustee to avoid a transfer of property by the debtor, 11 U.S.C. §544."

**Nature of Suit**. Place an "X" in the appropriate box. Only one box should be checked. If the cause fits more than one category of suit, select the most definitive.

**Origin of Proceedings**. Check the appropriate box to indicate the origin of the case:

1.      Original Proceeding.
2.      Removed from a State or District Court.
4.      Reinstated or Reopened.
5.      Transferred from Another Bankruptcy Court.

**Demand**. On the next line, state the dollar amount demanded in the complaint in thousands of dollars. For $1,000 enter "1," for $10,000 enter "10," for $100,000 enter "100," if $1,000,000, enter "1000." If $10,000,000 or more, enter "9999." If the amount is less than $1,000, enter "0001." If no monetary demand is made, enter "XXXX." If the plaintiff is seeking non-monetary relief, state the relief sought, such as injunction or foreclosure of a mortgage.

**Bankruptcy Case in Which This Adversary Proceeding Arises**. Enter the name of the debtor and the docket number of the bankruptcy case from which the proceeding now being filed arose. Beneath, enter the district and divisional office where the case was filed, and the name of the presiding judge.

**Related Adversary Proceedings.** State the names of the parties and the six digit adversary proceeding number from any adversary proceeding concerning the same two parties or the same property currently pending in any bankruptcy court. On the next line, enter the district where the related case is pending, and the name of the presiding judge.

**Filing Fee**. Check one box. The fee must be paid upon filing unless the plaintiff meets one of the following exceptions. The fee is not required if the plaintiff is the United States government or the debtor. If the plaintiff is the trustee or a debtor in possession, and there are no liquid funds in the estate, the filing fee may be deferred until there are funds in the estate. (In the event no funds are ever recovered for the estate, there will be no fee). There is no fee for adding a party after the adversary proceeding has been commenced.

**Signature**. This cover sheet must be signed by the attorney of record in the box on the right of the last line of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is *pro se*, that is, not represented by an attorney, the plaintiff must sign.

The name of the signatory must be printed in the box to the left of the signature. The date of the signing must be indicated in the box on the far left of the last line.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RONALD DARNELL JOHNSON and | ) | |
| TAWANDA RACHELE JOHNSON | ) | Case No.**05-38816-DOT** |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| BRUCE H. MATSON, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding |
| v. | ) | |
| | ) | Case No. _____ |
| RONALD DARNELL JOHNSON and | ) | |
| TAWANDA RACHELE JOHNSON | ) | |
| | ) | |
| Defendants. | ) | |

## <u>COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE</u>

Bruce H. Matson, Trustee (the "Trustee"), by counsel, and pursuant to Rule 7001 of the

Federal Rules of Bankruptcy Procedure and Section 727 of the United States Bankruptcy Code,

files this Complaint objecting to the granting of the Debtor's discharge in this case and, in

support thereof, states as follows:

_____

Bruce H. Matson (Va. Bar No. 22874)

LeCLAIR RYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23218

(804) 783/2003

Trustee

**Parties**

1.      On or about September 27, 2005 (the "Petition Date"), Ronald Darnell Johnson and Tawanda Rachele Johnson (the "Debtors"), filed a voluntary petition under Chapter 7 of 11 U.S.C. § 101, <u>et seq.</u>, (the "Bankruptcy Code").

2.      Bruce H. Matson was appointed interim trustee on September 28, 2005, and, no substitute trustee having been elected at the 341 meeting, continues to serve as Trustee in this case.

3.      The Debtors are individuals who are subject to service of process pursuant to Rule 7004(b) of the Federal Rules of Bankruptcy Procedure anywhere in the United States.

**Jurisdiction and Venue**

4.      The Court has jurisdiction of this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

5.      Venue is appropriate in this Court pursuant to 28 U.S.C. § 1409.

6.      This proceeding is a core proceeding under 28 U.S.C. §157(b)(2).

**Background**

7.      Among the Debtors obligations in this case was to truthfully complete the Schedules of assets and liabilities and the Statement of Affairs (collectively, the "'Schedules").

8.      The Debtors also had a duty to respond truthfully to questions at their 341 meeting and in completing the Section 341 Interrogatory form (the "341 Answers").

9.      Notwithstanding the Debtors duties, obligations and certifications, the Debtors knowingly failed to (i) disclose ownership of a valuable business owned and operated by them and (ii) disclose transfers of real property owned by them just three (3) weeks prior to their

bankruptcy filing (the "Real Estate Transfers"). The Debtors committed false oath because of their failure to properly disclose assets and liabilities on the Schedules and because of their failure to respond truthfully in the 341 Answers.

10.     In addition, the Real Estate Transfers were made with intent to hinder, delay or defraud creditors and/or the estate.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order: (1) denying any discharge to the Debtors pursuant to the 11 U.S.C. §727; and (2) granting such other relief as is just and appropriate under the circumstances.

BRUCE H. MATSON, TRUSTEE


/s/ Bruce H. Matson        


Bruce H. Matson (Va. Bar No. 22874)
LeClair Ryan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23218
(804) 783-2003

      Trustee